IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ISRAEL REYNA,

          Petitioner,

                                  CIVIL ACTION
   vs.                              No. 10-3254-SAC

RAY ROBERTS, et al.,

          Respondents.

MEMORANDUM AND ORDER

This matter comes before the court on petitioner's motion for an extension of time to file a traverse in this matter (Doc. 17). The court has considered the motion and finds petitioner has shown good cause for the extension requested.

IT IS, THEREFORE, BY THE COURT ORDERED petitioner's motion is granted, and the time for filing a traverse is extended to and including September 30, 2011.

A copy of this order shall be transmitted to the parties.

**IT IS SO ORDERED.**

Dated at Topeka, Kansas, this 31st day of August, 2011.

                              S/ Sam A. Crow
                              SAM A. CROW
                              United States Senior District Judge